# JAFFE & ASHER LLP

ATTORNEYS AT LAW

600 THIRD AVENUE  
NEW YORK, NY 10016-1901  
212-687-3000  
TOLL FREE 888-625-9895

ESTABLISHED 1974  
WWW.JAFFEANDASHER.COM

PLEASE RESPOND TO WHITE PLAINS OFFICE  
445 HAMILTON AVENUE, SUITE 405  
WHITE PLAINS, NY 10601  
TEL 212-687-3000  
FAX 914-437-8076

March 18, 2021

**VIA ECF**

Hon. Katherine Polk Failla, U.S.D.J.  
United States District Court  
Southern District of New York  
40 Foley Square, Room 2103  
New York, NY 10007



Re: **Ohio Security Insurance Company v. The Travelers Indemnity Company of Connecticut**  
Civil Action No.  :   1:20-cv-10439-KPF

Dear Justice Failla:

Our firm represents plaintiff Ohio Security Insurance Company ("Ohio Security") in the above-mentioned matter. We submit this application, on behalf of all parties, seeking an adjournment of the Initial Pretrial Conference that is scheduled for March 25, 2021 for 30 days.

The parties have reached a settlement agreement in principal, which will result in this case being disposed. We sent a draft settlement agreement reflecting the terms reached to counsel for defendant on March 12, 2021, and we are waiting for his comments. We believe the parties will be able to finalize the settlement and submit a stipulation of dismissal by April 24, 2021.

Respectfully submitted,

Marshall T. Potashner

MTP:lp  
cc: Brent S. Usery, Esq. (via ECF)

CALIFORNIA   FLORIDA   GEORGIA   NEW JERSEY   TEXAS

Application GRANTED.  The initial pretrial conference scheduled for March 25, 2021, is hereby ADJOURNED to April 30, 2021, at 12:00 p.m.  The parties' joint letter and proposed Case Management Plan and Scheduling Order will be due on or before April 22, 2021.

Dated:      March 18, 2021              SO ORDERED.
            New York, New York

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE