# *KEANE & ASSOCIATES*

**BRENT S. USERY, ESQ.**
Admitted in NY, NJ and TN

**MAILING ADDRESS:**
**P.O. BOX 2996**
HARTFORD, CT 06104-2996

Direct Dial: 917-778-6415
Email: BUSERY@TRAVELERS.COM

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

April 22, 2021

SENT VIA E-FILE

Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



Re:   Ohio Security Insurance Company v. Travelers Indemnity Company
of Connecticut
1:20-cv-10439-KPF

Your Honor:

    I am Senior Counsel in the office of Keane & Associates and represent the Defendant, Travelers Indemnity Company of Connecticut ("Travelers") in the above-captioned matter. Travelers, on behalf of all parties, seeks an adjournment of the Initial Pretrial Conference that is scheduled for April 30, 2021 for thirty (30) days. Laura S. Puhala, Esq. of Jaffe & Asher LLP, counsel for Ohio Security Insurance Company, consents to this application.

    By letter dated March 18, 2021 (D.E. 13), the parties informed the Court that they had reached a settlement in principle, which would resolve this matter.  The Court granted this request. Since that time, Travelers has been reviewing the defense costs at issue in the matter and that are subject of the settlement.  The parties have been in discussion recently about a few remaining issues for which there is a dispute.  Currently, the parties are working on resolving these last remaining issues, which are relatively minor in amount.  The parties expect that they will be able to reach an agreement as to all remaining issues within the next week or two.

    Travelers Indemnity Company of Connecticut, therefore, respectfully requests that this Court grant an adjournment of the Initial pretrial Conference for a period of thirty (30) days.

    We thank the Court for its consideration of this matter.

*Not a Partnership or Professional Corporation All attorneys are Employees of The Travelers Indemnity Company* And its Property Casualty Affiliates

| CONNECTICUT OFFICE:<br>ONE TOWER SQUARE<br>MS03-0000<br>HARTFORD CT, 06183 | NEW YORK OFFICE:<br>485 LEXINGTON AVENUE<br>6TH FLOOR<br>NEW YORK, NY 10017 |
|---|---|

                Very truly yours,

                */s/Brent S. Usery*

                Brent S. Usery

cc:    All Counsel by ECF

```
The Court appreciates the parties' above update regarding the status
of their settlement discussions, and wishes to ensure that the
parties have adequate time to continue those discussions.  The
initial pretrial conference scheduled for April 30, 2021, is
accordingly ADJOURNED to June 2, 2021, at 4:00 p.m.

Dated:   April 22, 2021                SO ORDERED.
         New York, New York
```

*(signature)*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

*Not a Partnership or Professional Corporation All attorneys are Employees of The Travelers Indemnity Company* And its Property Casualty Affiliates

| **CONNECTICUT OFFICE:**<br>**ONE TOWER SQUARE**<br>**MS03-0000**<br>**HARTFORD CT, 06183** | **NEW YORK OFFICE:**<br>**485 LEXINGTON AVENUE**<br>**6TH FLOOR**<br>**NEW YORK, NY 10017** |
|---|---|