JAFFE & ASHER LLP

ATTORNEYS AT LAW

600 THIRD AVENUE
NEW YORK, NY 10016-1901
212-687-3000
TOLL FREE 888-625-9895

ESTABLISHED 1974
WWW.JAFFEANDASHER.COM

PLEASE RESPOND TO WHITE PLAINS OFFICE

445 HAMILTON AVENUE, SUITE 405
WHITE PLAINS, NY 10601
TEL 212-687-3000
FAX 914-437-8076

June 17, 2021

**VIA ECF**

Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



Re: **Ohio Security Insurance Company v. The Travelers Indemnity Company of Connecticut**
Civil Action No. : 1:20-cv-10439-KPF

Dear Justice Failla:

Our firm represents plaintiff Ohio Security Insurance Company in the above-referenced matter. We submit this letter, pursuant to Your Honor's Order of Discontinuance, dated May 28, 2021 (the "Order"), to vacate the discontinuance with prejudice.

The parties have finalized a settlement agreement. The settlement contemplates a dismissal without prejudice or costs to the parties. We have filed the Stipulation of Voluntary Dismissal. (Document Number 18.)

Pursuant to the Order, we request that the Court (1) vacate the Order as to the final discontinuance of the action with prejudice, (2) restore the case to the active calendar, and (3) so order the Stipulation of Voluntary Dismissal that we filed on June 17, 2021.

Respectfully submitted,

JAFFE & ASHER LLP

By: _____
Laura S. Puhala, Esq.

MTP:lp
cc: Brent S. Usery, Esq. (via ECF)

CALIFORNIA     FLORIDA     GEORGIA     NEW JERSEY     TEXAS

Application GRANTED.  The Clerk of Court is directed to vacate the May 28, 2021 Order of Discontinuance at docket entry 17, and to restore this case to the active calendar.  The Court will concurrently endorse the parties' Stipulation of Voluntary Dismissal.

Dated:     June 21, 2021            SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE